UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARYLAND CEASAR

VERSUS

SHERMAN WALKER CORRECTIONAL
CENTER BOOKING DEPARTMENT, ET AL.

CIVIL ACTION

NO. 05-2710

SECTION "B" (1)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's motion to dismiss is **GRANTED** and that his complaint is **DISMISSED WITH PREJUDICE**.

**IT IS FURTHER ORDERED** that this Court's previous order directing the Warden to collect funds from plaintiff's inmate account to pay the filing fee in this matter is **RESCINDED** and that no further action be taken to collect the remaining unpaid balance of the filing fee.

New Orleans, Louisiana, this 8th day of December 2005.

UNITED STATES DISTRICT JUDGE

CLERK TO NOTIFY ALL PARTIES AND:

Warden
Sherman Walker Correctional Center
100 Dept. Barton Granier Drive
Laplace, LA 70068
**ATTN: Inmate Banking**

___ Fee_____
___ Process_____
 X  Dktd_____
___ CtRmDep_____
___ Doc. No._____